UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| BRUD ROSSMANN, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | File No. 1:16-cv-262-jgm |
| | : | |
| SCOTT DONALDSON, JOHN DOE 1, | : | |
| JOHN DOE 2, JOHN DOE 3, | : | |
| | : | |
| Defendants. | : | |
| | : | |

ORDER
(Doc. 1)

Brud Rossmann, proceeding pro se, moves for leave to proceed in forma pauperis. (Doc. 1.) Rossmann seeks to bring an action against Scott Donaldson and John Does 1-3. Rossmann alleges he is an Honors graduate of Harvard Law School, Class of 1989, and former Trial Attorney for the United States Department of Justice. He is registered as a member of the New York State Bar.

Rossmann filed a form application to proceed in District Court without prepaying fees or costs. (Doc. 1.) In it, he states "n/a" where he was to list any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value he owns. In his proposed complaint, however, Rossmann alleges he has an "established [] residence as well as sited related property interests in this jurisdiction, real property, held in his name or for his benefit." (Doc. 1-1 at 10 (Proposed Complaint)). He lists his regular monthly expenses as $500 per month but does not describe and provide each expense as required. Because the financial affidavit in support of his application does not meet the requirements of 28 U.S.C. § 1915(a), the motion for leave to proceed in forma pauperis is DENIED.

It is further certified that any appeal taken *in forma pauperis* from this Order would not be taken in good faith because such an appeal would be frivolous. See 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 2nd day of November, 2016.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
United States District Judge